UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PHYLLIS KONECHECK,
      *Plaintiff*,　　　　　　　　　Civil No.  22-12151

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER　　　　Hon. Terrence G. Berg
OF SOCIAL SECURITY,　　　　　　United States District Judge
      *Defendant*.
_____/

# **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                          /s/Terrence G. Berg_____
                                          TERRENCE G. BERG
                                          United States District Judge

Dated:　　　March 21, 2023